IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MELANISE HOWARD**                                                            **PLAINTIFF**

**V.**                                        **CAUSE NUMBER 4:23CV214 M-S**

**KIRK BROTHERS, INC., ET AL.**                                  **DEFENDANTS**

### AGREED ORDER COMPELLING ARBITRATION OF PLAINTIFF'S CLAIMS AND DISMISSAL

Pursuant to agreement of the Parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Plaintiff's claims against Defendants are hereby compelled to arbitration pursuant to the Alternative Dispute Resolution (Arbitration) Agreement entered into in connection with Plaintiff's August 5, 2021 Retail Installment Sale Contract.

2. IT IS FURTHER ORDERED that Plaintiff's claims against Defendants are hereby DISMISSED with prejudice.

SO ORDERED, this the 5th day of January, 2024.

                                                     /s/Michael P. Mills
                                                     UNITED STATES DISTRICT JUDGE
                                                     NORTHERN DISTRICT OF MISSISSIPPI

AGREED AND APPROVED:

*/s/ Daniel D. Ware*
Daniel D. Ware, MSB #10847
Attorney for Plaintiff, Melanise Howard

*/s/ Alan D. Leeth*
Alan D. Leeth, MSB #104112
Attorney for Defendant, AmeriCredit Financial Services, Inc. d/b/a GM Financial

*/s/ Chad A. Rurh*
Matthew M. Williams, MSB # 102541
Chad A. Rurh, MSB # 105725
Attorneys for Defendant, Kirk Brothers, Inc.

*/s/ R. Adam Kirk*
R. Adam Kirk, MSB # 101240
Attorney for Defendant, Owners Services, Inc.